# Exhibit A

**RECEIVED**

AUG 0 2 2022

Mediacom Communications
LEGAL DEPARTMENT
in log #24050

▸ Insert shipping document here

ORIGIN ID:ILGA (302) 449-9010
TIMOTHY DEVLIN
TIMOTHY DEVLIN
1526 GILPIN AVENUE

WILMINGTON, DE 19806
UNITED STATES US

SHIP DATE: 01AUG22
ACTWGT: 0.50 LB
CAD: 106551702/INET4490

BILL SENDER

TO JOSEPH E. YOUNG
MEDIACOM COMMUNICATIONS CORPORATION
1 MEDIACOM WAY, MEDIACOM PARK

MEDIACOM PARK NY 10918
(302) 449-9010  REF: CDN
INV
PO                    DEPT:

RT 288   2  C
        16:30
             2983
             08.02
FZ





TUE - 02 AUG 4:30P
STANDARD OVERNIGHT

TRK# 7775 3912 2983
0201

EG SWFA      10918
          NY-US SWF



FedEx®

# DEVLIN LAW FIRM LLC

1526 Gilpin Avenue  
Wilmington, Delaware 19806  
United States of America

Tel.: (302) 449-9010  
Fax: (302) 353-4251  
www.devlinlawfirm.com

August 1, 2022

**VIA FEDERAL EXPRESS**

Attn: Joseph E. Young  
Senior Vice President, General Counsel  
Mediacom Communications Corporation  
1 Mediacom Way, Mediacom Park  
New York, NY 10918

      Re:    Notice of Patent Infringement on behalf CDN Innovations, LLC.

Dear Mr. Young:

      I am writing on behalf of our client, CDN Innovations, LLC ("CDN"). Please note that this letter is directed to Mediacom Communications Corporation ("you"). If you have legal counsel, please direct us to them and we will communicate with them going forward.

      CDN is the assignee of all right, title, and interest in a significant patent portfolio related to content delivery networks and associated technology ("the CDN patents"). Exhibit A, attached hereto, is a list of the CDN patents.

      Based on our review of publicly available information, we have found that you are infringing one or more claims of the CDN patents. For example, we have determined that you infringe claim 12 of U.S. Patent No. 7,164,714 (the "'714 patent), claim 1 of U.S. Patent No. 6,311,180 (the "'180 patent"), claim 1 of U.S. Patent No. 7,130,831 (the "'831 patent"), claim 6 of U.S. Patent No. 7,225,157 (the "'157 patent"), claim 24 of U.S. Patent No. US 8,024,227 (the "'227 patent"), claim 1 of U.S. Patent No. 6,865,532 (the "'532 patent"), claim 1 of U.S. Patent No. 7,293,291 (the "'291 patent") and claim 1 of U.S. Patent No. 7,565,699 (the "'699 patent"), through the use, making, sale, and offers for sale of its internet and cable services (the "Infringing Products").

      Infringing Products provide television guidance systems and display documents adapted to meet user preferences and device display limitations. Further, Infringing Products provide a method for processing image data for storage and retrieval. Further, Infringing Products provide controlling access to information presented on a web browser. Further, Infringing Products include speech detecting devices, such as voice remote. Infringing Products further include a Port Triggering feature.

DEVLIN LAW FIRM
August 1, 2022
Page 2 of 3

    Infringing Products include, but are not limited to, the following: CM4642342 – eMTA MoCA 2.0, CM4652442 - eMTA MoCA 2.0, TG3452 – eMTA Wireless MoCA 2.0, TM804G – eMTA, TM822G – eMTA, TCG310 – eMTA Internal MoCA 2.0, DPC3000, DPC3008, DPC3010, DPC3208 – eMTA, DPC3825 Wireless, DPC3827, DPC3828 Wireless, DPC3925 – eMTA Wireless, CODA-551x – eMTA Wireless, Coda-5519 – eMTA Wireless MoCA 2.0, HT-EMN2 MoCA 2.0, Coda-4589 – eMTA Wireless MoCA 2.0, Coda-45, CDA3-35, CGN Wireless, CGN2 Wireless, CGN3 Wireless, CGNM 2250 Wireless, CGNM-2252 Wireless MoCA 2.0, CGNV – eMTA Wireless, CGNVM – eMTA Internal MoCA 2.0, SBG-6580 – Wireless, CG3000D Wireless, GX-MC990CL – Wireless MoCA 2.0 Capable eMTA, Fast 3896 – Wireless MoCA 2.0 Capable eMTAI, D3CM 1604V – eMTA, CGA4236 – eMTA Wireless MoCA2.0 Capable, CGA4131 – eMTA Wireless Commercial, CGM4231 Wireless MoCA 2.0 Capable, DCM476, DHG574 – eMTA, DHG575 – eMTA, TC4400, TC8305C – eMTA Wireless, TC8715 Wireless, TC8717 – eMTA Internal MoCA 2.0, UBC1329-AA00 – eMTA MoCA 2.0 Capable, UBC1301-AA00 – eMTA MoCA 2.0 Capable, TV Everywhere, Xtreme On Demand, Xtreme TV App, Xtreme Voice Remote, and Mediacom TV "Guide." Please refer to Exhibit B for a list of non-exhaustive list of Infringing Products. CDN is willing to provide further information demonstrating your infringement upon request.

    As for the remaining CDN patents included in Exhibit A, we invite you to have your patent counsel examine these patents to determine the extent to which your other commercial activities call for a non-exclusive license to other CDN patents.

    As a result of your actions, CDN and its predecessors have suffered and will continue to suffer patent infringement damages. CDN is nevertheless hopeful that the parties can engage in discussions to reach an amicable resolution of this matter. Accordingly, please contact me at your earliest convenience to discuss an appropriate resolution of this matter. I can be reached by email at by phone at (302) 449-9010 or CDN@devlinlawfirm.com.

    While CDN strongly believes in its rights as a patent holder, it nevertheless recognizes a desire to defer any unnecessary legal expense for businesses like yours, and recognizes the benefits of efficient and early resolution where possible. Our client's philosophy has always been one of reasonableness. CDN seeks only a reasonable royalty based on the scope of the activity of each licensee. Every effort is made to reach amicable resolutions outside of a litigation context. We hope that we can do so here.

    Please also note that it is CDN's policy to not seek any license fee from small businesses or charitable organizations, nor from businesses or organizations whose primary mission involves veterans, religious organizations, charitable endeavors, or educational purposes. If you believe your business falls within any of these categories, please let us know.

We know that receiving a letter like this is never pleasant but hope that the above information will help you understand CDN's point of view and assist you in your initial review of the matter. Thank you in advance for your attention to these important issues.

Very truly yours,

Timothy Devlin

# EXHIBIT A

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| 6311180 | 09/537006 | METHOD FOR MAPPING AND FORMATTING INFORMATION FOR A DISPLAY DEVICE | US | 3/28/2000 |
| 6433921 | 09/783395 | MULTIWAVELENGTH PUMPS FOR RAMAN AMPLIFIER SYSTEMS | US | 2/15/2001 |
| 6535198 | 09/280015 | REMOTE CONTROL FOR INTERACTIVE TELEVISION | US | 3/28/1999 |
| 6621424 | 09/506609 | METHOD FOR PREDICTING KEYSTROKE CHARACTERS ON SINGLE POINTER KEYBOARDS AND APPARATUS THEREFORE | US | 2/18/2000 |
| 6628344 | 09/614559 | REMOTE CONTROL SYSTEM PROVIDING AN AUTOMATIC ASSERTION OF A PRESET SELECTION VALUE CONCURRENT WITH A SUBMISSION OF A USER PREFERRED SELECTION VALUE | US | 7/12/2000 |
| 6629100 | 10/122082 | Network-based photosharing architecture for search and delivery of private images and metadata | US | 4/12/2002 |
| 6636273 | 09/774529 | REMOTE CONTROL DEDICATED KEYBUTTON FOR CONFIRMING TUNER SETTING OF A TV SET TO A SPECIFIC CHANNEL SETTING | US | 2/1/2001 |
| 6646572 | 09/506610 | METHOD FOR DESIGNING OPTIMAL SINGLE POINTER PREDICTIVE KEYBOARDS AND APPARATUS THEREFORE | US | 2/18/2000 |
| 6693663 | 10/064158 | Videoconferencing systems with recognition ability | US | 6/14/2002 |

## Exhibit A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| 6697838 | 09/564076 | METHOD AND SYSTEM FOR ANNOTATING INFORMATION RESOURCES IN CONNECTION WITH BROWSING IN BOTH CONNECTED AND DISCONNECTED STATES | US | 5/3/2000 |
| 6747590 | 09/779992 | ALTERNATE COMMAND SIGNAL DECODING OPTION FOR A REMOTELY CONTROLLED APPARATUS | US | 2/12/2001 |
| 6757684 | 09/968393 | Network-based photosharing architecture | US | 10/1/2001 |
| 6768497 | 09/978773 | Elastic presentation space | US | 10/18/2001 |
| 6803874 | 09/963155 | REMOTE CONTROLLER CAPABLE OF SUBMITTING REAL AND VIRTUAL CHANNEL NUMBER ENTRIES TO A CABLE BOX, SAT-RECEIVER OR TV-SET | US | 9/26/2001 |
| 6865532 | 09/956307 | METHOD FOR RECOGNIZING SPOKEN IDENTIFIERS HAVING PREDEFINED GRAMMARS | US | 9/19/2001 |
| 6888795 | 10/134012 | RESOURCE ALLOCATION IN A CIRCUIT SWITCHED NETWORK | US | 4/25/2002 |
| 6947598 | 09/839354 | Methods and apparatus for generating, including and using information relating to archived audio/video data | US | 4/20/2001 |
| 6970833 | 09/642697 | Internet lottery method and system | US | 8/7/2000 |
| 6975301 | 10/295416 | REMOTE CONTROL FOR INTERACTIVE TELEVISION | US | 11/16/2002 |
| 6999758 | 10/430791 | SYSTEM AND METHOD FOR PROVIDING COMMUNICATIONS SERVICES | US | 5/6/2003 |

## EXHIBIT A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| 7006844 | 10/076617 | Adaptive power control for multicast transmission | US | 2/19/2002 |
| 7088364 | 10/289453 | Method and system for displaying stereoscopic detail-in-context presentations | US | 11/7/2002 |
| 7095759 | 09/527968 | COMBINED TELEPHONE PBX AND COMPUTER DATA ROUTER WITH POOLED RESOURCES | US | 3/17/2000 |
| 7130831 | 09/393405 | Limited-use browser and security system | US | 9/10/1999 |
| 7164714 | 10/076330 | Video transmission and processing system for generating a user mosaic | US | 2/15/2002 |
| 7215940 | 10/377125 | Integrated circuit | US | 2/28/2003 |
| 7225157 | 09/745395 | Limited-use browser and security system | US | 12/21/2000 |
| 7243355 | 10/115255 | Method, system and computer program product for a lightweight directory access protocol client application program interface | US | 4/4/2002 |
| 7256801 | 10/856807 | Elastic presentation space | US | 6/1/2004 |
| 7289606 | 10/119614 | Mode-swapping in multi-modal telephonic applications | US | 4/10/2002 |
| 7293291 | 10/623274 | System and method for detecting computer port inactivity | US | 7/18/2003 |
| 7308487 | 10/015322 | System and method for providing fault-tolerant remote controlled computing devices | US | 12/12/2001 |
| 7346919 | 09/928741 | Television messaging vocal response generation | US | 8/13/2001 |
| 7425980 | 10/754121 | Videoconferencing systems with recognition ability | US | 1/9/2004 |
| 7444353 | 09/567848 | Apparatus for delivering music and information | US | 5/9/2000 |
| 7461058 | 09/404597 | OPTIMIZED RULE BASED CONSTRAINTS FOR | US | 9/24/1999 |

## EXHIBIT A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| | | COLLABORATIVE FILTERING SYSTEMS | | |
| 7502795 | 10/862696 | Network-based photosharing architecture | US | 6/7/2004 |
| 7554913 | 11/089958 | RESOURCE ALLOCATION IN A CIRCUIT SWITCHED NETWORK | US | 3/25/2005 |
| 7565699 | 11/897295 | System and method for detecting computer port inactivity | US | 8/30/2007 |
| 7613452 | 11/077334 | System and method for providing communications services | US | 3/10/2005 |
| 7737976 | 11/410024 | Method and system for displaying stereoscopic detail-in-context presentations | US | 4/25/2006 |
| 7840987 | 12/002093 | Television messaging vocal response generation | US | 12/14/2007 |
| 7860462 | 11/332751 | Adaptive power control for multicast transmission | US | 1/13/2006 |
| 7870088 | 10/870729 | Method of delivering music and information | US | 6/17/2004 |
| 7890856 | 11/515433 | SERVER SIDE WEB BROWSING AND MULTIPLE LENS SYSTEM, METHOD AND APPARATUS | US | 8/31/2006 |
| 7925689 | 10/209550 | METHOD AND SYSTEM FOR PROVIDING ON-LINE INTERACTIVITY OVER A SERVER-CLIENT NETWORK | US | 7/30/2002 |
| 7929682 | 11/072090 | System and method for providing communications services | US | 3/4/2005 |
| 7970108 | 12/572463 | System and method for providing communications services | US | 10/2/2009 |
| 7990411 | 12/190304 | Videoconferencing systems with recognition ability | US | 8/12/2008 |
| 7996766 | 11/515460 | SERVER SIDE WEB BROWSING AND MULTIPLE LENS SYSTEM, METHOD AND APPARATUS | US | 8/31/2006 |

## EXHIBIT A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| 8015574 | 11/764480 | Method, system and computer program product for a lightweight directory access protocol client application program interface | US | 6/18/2007 |
| 8024227 | 11/742855 | Limited-use browser and security system | US | 5/1/2007 |
| 8174559 | 12/190264 | Videoconferencing systems with recognition ability | US | 8/12/2008 |
| 8307378 | 13/205336 | Method, system and computer program product for a lightweight directory access protocol client application program interface | US | 8/8/2011 |
| 8400450 | 12/764724 | Method and system for displaying stereoscopic detail-in-context presentations | US | 4/21/2010 |
| 8509397 | 12/075261 | Apparatus and methods of delivering music and information | US | 3/11/2008 |
| 8548987 | 12/263048 | SYSTEMS AND METHOD FOR EFFICIENTLY PROVIDING A RECOMMENDATION | US | 10/31/2008 |
| 8704869 | 13/425729 | Videoconferencing systems with recognition ability | US | 3/21/2012 |
| 8868450 | 13/212787 | Limited-use browser and security system | US | 8/18/2011 |
| 8947428 | 13/845442 | METHOD AND SYSTEM FOR DISPLAYING STEREOSCOPIC DETAIL-IN-CONTEXT PRESENTATIONS | US | 3/18/2013 |
| 9197854 | 14/065090 | Videoconferencing systems with recognition ability | US | 10/28/2013 |
| 9350788 | 13/966224 | Apparatus and methods of delivering music and information | US | 8/13/2013 |
| 9621852 | 14/949499 | Videoconferencing systems with recognition ability | US | 11/23/2015 |

## EXHIBIT A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| 9684734 | 13/160356 | SERVER SIDE WEB BROWSING AND MULTIPLE LENS SYSTEM, METHOD AND APPARATUS | US | 6/14/2011 |
| 10275208 | 15/134292 | Apparatus and methods of delivering music and information | US | 4/20/2016 |
| RE41701 | 11/819755 | APPARATUS AND METHOD FOR DELIVERING INFORMATION TO AN INDIVIDUAL BASED ON LOCATION AND/OR TIME | US | 6/28/2007 |
| RE43430 | 12/834132 | APPARATUS AND METHOD FOR DELIVERING INFORMATION TO AN INDIVIDUAL BASED ON LOCATION AND/OR TIME | US | 7/12/2010 |
|  | 16/354031 | Apparatus and methods of delivering music and information | US | 3/14/2019 |
| CNZL02106288.9 | CN02106288.9 | Video frequency transmission and processing system for forming user mosaic image | CN | 2/15/2002 |
| DE60135475.3 | DE60135475.3 | Elastic presentation space | DE | 10/18/2001 |
| DE60243456.4 | DE60243456.4 | System for video transmission and processing generating a user mosaic | DE | 2/14/2002 |
| DE60351330.1 | DE60351330.1 | Adaptive power control for multicast transmission | DE | 2/19/2003 |
| FR1233614 | FR02075597.1 | System for video transmission and processing generating a user mosaic | FR | 2/14/2002 |
| FR1327235 | FR01978042.8 | Elastic presentation space | FR | 10/18/2001 |
| FR1479252 | FR03742632.7 | Adaptive power control for multicast transmission | FR | 2/19/2003 |
| GB1233614 | GB02075597.1 | System for video transmission and processing generating a user mosaic | GB | 2/14/2002 |
| GB1327235 | GB01978042.8 | Elastic presentation space | GB | 10/18/2001 |
| GB1479252 | GB03742632.7 | Adaptive power control for multicast transmission | GB | 2/19/2003 |

## Exhibit A (cont.)

| Patent Number | Application Number | Title | Country | Application Date |
|---|---|---|---|---|
| GB2417855 | GB0524864.6 | System and method for providing communications services | GB | 5/4/2004 |
| JP4332436 | JP2003-584957 | Network-based photosharing architecture for search and delivery of private images and metadata | JP | 4/11/2003 |
| JP4406750 | JP2002-039069 | VIDEO TRANSMISSION SYSTEM FOR GENERATING USER MOSAIC AND ITS PROCESSING SYSTEM | JP | 2/15/2002 |
| JP4410465 | JP2002-536993 | Elastic presentation space | JP | 10/18/2001 |
| KR10-0825213 | KR10-2002-0008290 | SYSTEM OF TRANSMITTING AND PROCESSING VIDEO FOR GENERATING MOSAIC OF USER | KR | 2/16/2002 |

## EXHIBIT B

## Non-exhaustive listing of the Infringing Wi-Fi Routers and NAT-enabled Routers

CM4642342 – eMTA MoCA 2.0;
CM4652442 - eMTA MoCA 2.0;
TG3452 – eMTA Wireless MoCA 2.0;
TM804G – eMTA;
TM822G – eMTA;
TCG310 – eMTA Internal MoCA 2.0;
DPC3000;
DPC3008;
DPC3010;
DPC3208 – eMTA;
DPC3825 Wireless;
DPC3827;
DPC3828 Wireless;
DPC3925 – eMTA Wireless;
CODA-551x – eMTA Wireless;
Coda-5519 – eMTA Wireless MoCA 2.0;
HT-EMN2 MoCA 2.0;
Coda-4589 – eMTA Wireless MoCA 2.0;
Coda-45;
CDA3-35;
CGN Wireless;
CGN2 Wireless;
CGN3 Wireless;
CGNM 2250 Wireless;
CGNM-2252 Wireless MoCA 2.0;
CGNV – eMTA Wireless;
CGNVM – eMTA Internal MoCA 2.0;
SBG-6580 – Wireless;
CG3000D Wireless;
GX-MC990CL – Wireless MoCA 2.0 Capable eMTA;
Fast 3896 – Wireless MoCA 2.0 Capable eMTAl;
D3CM 1604V – eMTA;
CGA4236 – eMTA Wireless MoCA2.0 Capable;
CGA4131 – eMTA Wireless Commercial;
CGM4231 Wireless MoCA 2.0 Capable;
DCM476;
DHG574 – eMTA;
DHG575 – eMTA;
TC4400;
TC8305C – eMTA Wireless;
TC8715 Wireless;
TC8717 – eMTA Internal MoCA 2.0;
UBC1329-AA00 – eMTA MoCA 2.0 Capable;

## Exhibit A (cont.)

UBC1301-AA00 – eMTA MoCA 2.0 Capable;
TV Everywhere;
Xtreme On Demand;
TiVo DVR;
Xtreme TV App;
Xtreme Voice Remote;
Mediacom TV "Guide";
Intelligent Search & Guide;